RECEIVED

SEP 3 0 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JAMES MARKS, ET AL** | * | **CIVIL NO. 6:15-1735** |
| **VERSUS** | * | **JUDGE DOHERTY** |
| **WESTWIND HELICOPTERS, INC.** | * | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Whitehurst for Report and Recommendation. After an independent review of the record, including the objections filed herein, ths Court concludes that the Report and Recommendation of Magistrate Judge Whitehurst is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Rolls-Royce Corporation's Fed. R. Civ. P. 12(b)(2) and 12 (b)(6) Motion to Dismiss Westwind Helicopter's, Inc.'s First Amended Cross-Claims [rec. doc. 54] is **DENIED**.

Lafayette, Louisiana, this 30 day of September, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE